**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

KRISTIN M. PERRY; SANDRA B.
STIER; PAUL T. KATAMI; JEFFREY J.
ZARRILLO,

          *Plaintiffs-Appellees,*

        and

CITY AND COUNTY OF SAN
FRANCISCO,

          *Plaintiff-intervenor,*

        v.

ARNOLD SCHWARZENEGGER, in his
official capacity as Governor of
California; EDMUND G. BROWN, JR.,
in his official capacity as Attorney
General of California; MARK B.
HORTON in his official capacity as
Director of the California
Department of Public Health &
State Registrar of Vital Statistics;
LINETTE SCOTT, in her official
capacity as Deputy Director of
Health Information & Strategic
Planning for the California
Department of Public Health;
PATRICK O'CONNELL, in his official
capacity as Clerk-Recorder for the
County of Alameda; DEAN C.
LOGAN, in his official capacity as
Registrar-Recorder/County Clerk
for the County of Los Angeles,

          *Defendants,*

16727

and

DENNIS HOLLINGSWORTH; GAIL J.
KNIGHT; MARTIN F. GUTIERREZ;
HAK-SHING WILLIAM TAM; MARK
A. JANSSON; PROTECTMARRIAGE.
COM-YES ON 8, A PROJECT OF
CALIFORNIA RENEWAL,
  *Defendant-intervenors-Appellants.*

No. 09-17241

D.C. No.
3:09-cv-02292-
VRW

KRISTIN M. PERRY; SANDRA B.
STIER; PAUL T. KATAMI; JEFFREY J.
ZARRILLO,

        *Plaintiffs-Appellees,*

and

OUR FAMILY COALITION; LAVENDER
SENIORS OF THE EAST BAY;
PARENTS, FAMILIES, AND FRIENDS OF
LESBIANS AND GAYS, CITY AND
COUNTY OF SAN FRANCISCO,
    *Plaintiff-intervenors-Appellees,*

v.

ARNOLD SCHWARZENEGGER; EDMUND
G. BROWN, JR.; MARK B. HORTON;
LINETTE SCOTT; PATRICK
O'CONNELL; DEAN C. LOGAN,
        *Defendants,*

and

DENNIS HOLLINGSWORTH; GAIL J.
KNIGHT; MARTIN F. GUTIERREZ;
HAK-SHING WILLIAM TAM; MARK
A. JANSSON; PROTECTMARRIAGE.
COM-YES ON 8, A PROJECT OF
CALIFORNIA RENEWAL,
  *Defendant-intervenors-Appellants.*

No. 09-17551

D.C. No.
3:09-cv-02292-
VRW

ORDER

Filed December 16, 2009

Before: Kim McLane Wardlaw, Raymond C. Fisher and
Marsha S. Berzon, Circuit Judges.

## ORDER

A judge of this court has called for a vote to determine whether this case will be reheard en banc under Federal Rule of Appellate Procedure 35(a). The parties are requested to file simultaneous briefs setting forth their respective positions on whether this case should be reheard en banc, including whether rehearing en banc is warranted in light of *Mohawk Industries, Inc. v. Carpenter*, 558 U.S. ___, No. 08-678 (Dec. 8, 2009).

The briefs shall be filed on or before December 24, 2009. Parties who are registered for ECF must file the brief electronically without submission of paper copies. Parties who are not registered ECF filers must file the original brief plus 50 paper copies.

**IT IS SO ORDERED.**